UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| | |
|---|---|
| SHAMROCK BUILDING MATERIALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | **S U M M O N S**   Court No. 21-00571 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| Port of Entry:  Laredo, TX 2304 | Date Protest Filed:   See Attached Schedule |
|---|---|
| Protest Number:  See Attached Schedule | Date Protest Denied:   See Attached Schedule |
| Importer:  Shamrock Building Materials, Inc. | |
| Category of Merchandise:  Electrical Conduit | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | See Attached Schedule | | | |
| | | | | | |
| | | | | | |

Port Director,

U.S. Customs and Border Protection
Lincoln-Juarez Bridge
Administrative Bldg. #2
Laredo, TX 78040

Donald B. Cameron
**MORRIS MANNING & MARTIN LLP**
1401 Eye Street, NW, Suite 600
Washington, D.C. 20005
(202) 216-4811

14512776–1

|  |  |
|---|---|
| Address of Customs Port in<br>Which Protest was Denied | dcameron@mmmlaw.com<br>Name, Address, Telephone Number<br>and E-mail Address of Plaintiff's Attorney |

14512776–1

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Merchandise | Assessed | | Protest Claim | |
|---|---|---|---|---|
| | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Electrical metallic tubing finished conduit ("EMT"), and Intermediate metal conduit ("IMC") | 7306.30.1000 or 7306.30.5028 HTSUS | 25 % ad valorem | 8547.90.0020 HTSUS | 0 % |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

The imported merchandise is properly classifiable under item number 8547.90.0020, HTSUS.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

/s/ Donald B. Cameron
_____
*Signature of Plaintiff's Attorney*

October 25, 2021
_____
*Date*

14512776–1

## SCHEDULE OF PROTESTS

**Laredo, TX**
_Port of Entry_

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 230420101775 | 12/16/2020 | 07/14/2021 | 8NV-0027885-9 | 06/26/2018 | 06/26/2020 |

Port Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

14512776–1