### IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| SHAMROCK BUILDING MATERIALS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Court No. 21-00571 |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF WITHDRAWAL

Pursuant to Rule 75 of the Rules of the Court of International Trade, the undersigned, Edward J. Thomas III, respectfully notices the withdrawal of his appearance as counsel to Plaintiff in this action. Plaintiff will continue to be represented by R. Will Planert, Julie C. Mendoza, Donald B. Cameron, Brady W. Mills, Mary S. Hodgins, Eugene Degnan, Jordan L. Fleischer, and Nicholas C. Duffey of Morris, Manning & Martin LLP.

Respectfully submitted,

/s/ Edward J. Thomas III
Edward J. Thomas III

MORRIS MANNING & MARTIN LLP
1401 Eye Street, NW, Suite 600
Washington, D.C. 20005

*Counsel to Plaintiff Shamrock Building Materials, Inc.*

Dated: August 24, 2023

1