UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. TIMOTHY C. STANCEU, *JUDGE*

| | |
|---|---|
| SHAMROCK BUILDING MATERIALS, INC., | : |
| Plaintiff, | : Court No. 21-00571 |
| v. | : |
| THE UNITED STATES, | : |
| Defendant. | : |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
TO REMAIN ON THE CUSTOMS CASE MANAGEMENT CALENDAR
AND STAY FURTHER PROCEEDINGS**

Defendant, the United States, submits this response to plaintiff's, Shamrock Building Materials, Inc.'s (Shamrock), motion to remain on the Customs Case Management Calendar and Stay further proceedings. Through its motion, plaintiff requests that this action "remain on the Customs Case Management Calendar until six months after the mandate in *Shamrock Building Materials, Inc. v. United States*, No. 23-1648, before the U.S. Court of Appeals for the Federal Circuit ("Federal Circuit")." *See* Pl.'s Mot. at 1. Plaintiff also requests that the Court order the parties to file a joint status report "informing this Court how the parties believe this action should proceed" upon the issuance of the mandate in the appeal. *See* Pl.'s Mot. at 2.

At the time of its filing, plaintiff's motion was not supported by the Rules of the Court as cases are not permitted to remain on the Customs Case Management Calendar past 48 months, *see* USCIT Rule 48(d), and the request by plaintiff could potentially keep the case on the Calendar past this limitation period. However, subsequent to the filing of the motion, the case was assigned to a judge of the Court, and assignment is one of the means by which a case is

removed from the Customs Case Management Calendar.  See USCIT Rule 83(b) (an "action may be removed from the Customs Case Management Calendar" on assignment to a Judge of this Court).  Consequently, plaintiff's motion is now moot.

We note, however, now that the case has been removed from the Customs Case Management Calendar, should the Court construe plaintiff's motion as purely a motion to stay the proceedings in this action, we defer to the sound discretion of the Court as to whether a stay is necessary.  The Court decided the proper tariff classification of the imported merchandise covered by this case in *Shamrock Building Materials, Inc. v. United States*, Court No. 20-00074, Slip Op. 23-32 (Ct. Int'l Trade Mar. 13, 2023), ECF No. 70 (*Shamrock*), and we see no reason why this case should not be decided in like manner as *Shamrock*.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy
        Assistant Attorney General
        Civil Division

        PATRICIA M. McCARTHY
        Director

By:    /s/ Justin R. Miller
        JUSTIN R. MILLER
        Attorney-In-Charge
        International Trade Field Office

        /s/ Marcella Powell
        MARCELLA POWELL
        Senior Trial Counsel
        International Trade Field Office
        Department of Justice, Civil Division
        Commercial Litigation Branch
        26 Federal Plaza, Room 346
        New York, New York 10278
        Attorney for Defendant

Dated: October 18, 2023