UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 8

| | |
|---|---|
| SHAMROCK BUILDING MATERIALS, INC.<br><br>                    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>                    Defendant. | Court No. 21-571 |

**STIPULATION OF DISMISSAL**

    **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: February 7, 2025

                                    /s/ R. Will Planert
                                    R. Will Planert
                                    Donald B. Cameron
                                    Julie C. Mendoza
                                    Brady W. Mills
                                    Mary S. Hodgins
                                    Eugene Degnan
                                    Jordan L. Fleischer
                                    Nicholas C. Duffey
                                    Ryan R. Migeed

                                    **MORRIS, MANNING & MARTIN LLP**
                                    1333 New Hampshire Avenue, N.W., Suite 800
                                    Washington, D.C. 20036
                                    (202) 216-4811

                                    /s/ Patrick D. Gill
                                    Michael S. O'Rourke
                                    Patrick D. Gill

**SANDLER TRAVIS & ROSENBERG, P.A.**
675 Third Avenue, Suite 1805
New York, NY 10178
(212) 549-0150

*Attorneys for Plaintiff*

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

By:     /s/ Justin R. Miller
        JUSTIN R. MILLER
        Attorney-In-Charge
        International Trade Field Office

        /s/ Marcella Powell
        MARCELLA POWELL
        Senior Trial Counsel
        International Trade Field Office
        Department of Justice, Civil Division
        Commercial Litigation Branch
        26 Federal Plaza, Room 346
        New York, New York 10278

        *Attorney for Defendant*

Schedule to Stipulation of Dismissal

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| n/a | | | |

Order of Dismissal

   This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated:_____

             Clerk, U. S. Court of International Trade

             By:_____
                 Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)